IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAMERA LYNN SOLOMAN,<br><br>　　　　Defendant. | No. 2:24-CV-1040-WBS-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to resolve the fee status for this case. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent transfer to Pelican Bay State Prison, Plaintiff's motion will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1.　　Plaintiff's motion for an extension of time, ECF No. 9, is GRANTED.

　　　　2.　　Within 30 days of the date of this order, Plaintiff shall either pay the filing fees for this action or file a completed application for leave to proceed in forma pauperis.

Dated: June 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1