**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CURTIS KERN, | No.  2:24-CV-1040-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TAMERA LYNN SOLOMAN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The findings and recommendations filed March 24, 2026, ECF No. 36, are adopted in full.

2.  Defendant's request for judicial notice, ECF No. 27, is granted except as to Exhibit 22.

3.  Defendant's unopposed motion to dismiss, ECF Nos. 25 and 26, is granted.

4.  This action is dismissed with prejudice.

5.  All other pending motions, ECF Nos. 24 and 31, are denied as moot.

6.  The Clerk of the Court is directed to enter judgment and close this file.

Dated:  April 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2